# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

No. 1D2025-0697

————————————————

LARRY K. WHITE, LOUIS THALER,
JACK L. McLEAN, JR.,

    Appellants,

    v.

CITY OF QUINCY, RONTE HARRIS,
KEITH A. DOWDELL, et al.,

    Appellees.

————————————————

On appeal from the Circuit Court for Gadsden County.
David Frank, Judge.

August 12, 2025

PER CURIAM.

    DISMISSED for lack of jurisdiction.

ROBERTS, M.K. THOMAS, and LONG, JJ., concur.

————————————————

    ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

Jack L. McLean Jr., Tallahassee; Larry K. White of Larry K. White, LLC, Tallahassee; Louis Thaler of Louis Thaler, P.A., Miami; for Appellants.

Benjamin M. Lagos of Allen, Norton & Blue, P.A., Tallahassee, for Ronte Harris and Keith Dowdell.